## ON MOTION

### *ORDER*

Upon consideration of Lawrence I. Wechsler's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

**The AMERICAN LEGION, The Military Order of the Purple Heart, United Spinal Association, and National Veterans Legal Services Program, Petitioners,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2007–7186.

United States Court of Appeals, Federal Circuit.

March 21, 2008.

## ON MOTION

### *ORDER*

The petitioners move for reconsideration of the court's order dismissing their petition for failure to file a joint appendix.

The petitioners state that they will correct their opening brief to indicate that it was a brief and appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated. Petitioners may make the corrections to their opening brief within 14 days of the date of filing of this order.

**In re BUZZ OFF INSECT SHIELD, LLC.**

No. 2007–1465, 2007–1466.

United States Court of Appeals, Federal Circuit.

March 21, 2008.

### **ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).